# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-CR-00356 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO TRAVEL** |
| | ) | |
| LISA OGLETREE, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes Defendant Lisa Ogletree, by and through the undersigned counsel, and respectfully requests permission to travel to Florida for a family trip with her two sons from April 27th to April 30, 2024. Counsel for the government and Pretrial Services have both advised that they have no objection to this motion.

Respectfully submitted,

/s/ *Marisa T. Darden*
Marisa T. Darden (0098583)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4440
Fax: (216) 363-4588
mdarden@beneschlaw.com

*Attorney for Defendant Lisa Ogletree*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Marisa T. Darden*
Marisa T. Darden

*Attorneys for Defendant Lisa Ogletree*