**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:23-CR-00356 |
| | ) | |
| Plaintiff | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| LONNIE WHITE, SR., et al. | ) | **CONTINUE FINAL PRETRIAL** |
| | ) | **HEARING** |
| | ) | |
| Defendants | ) | |

Now comes Defendant Lisa Ogletree, by and through undersigned counsel, and hereby respectfully moves this Court for an order continuing the Final Pretrial, currently scheduled for June 21, 2024, at 2:00 P.M., for ninety (90) days. The requested continuance is necessary to allow Ms. Ogletree to continue to negotiate and confer with the government regarding issues specific to her case. Counsel for the government and co-defendant Lonnie White, Sr. advised that they have no objection to this motion.

Dated: May 31, 2024                               Respectfully submitted,


                                                  */s/ Marisa T. Darden*
                                                  Marisa T. Darden (0098583)
                                                  BENESCH, FRIEDLANDER, COPLAN
                                                  & ARONOFF
                                                  127 Public Square, Suite 4900
                                                  Cleveland, OH 44114
                                                  Tel: (216) 363-4500
                                                  Fax: (216) 363-4588
                                                  mdarden@beneschlaw.com


                                                  *Attorney for Defendant Lisa Ogletree*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Marisa T. Darden*
Marisa T. Darden

*Attorney for Defendant Lisa Ogletree*