**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-CR-00356 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| LISA OGLETREE, | ) | **UNOPPOSED MOTION TO TRAVEL** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes Defendant Lisa Ogletree, by and through the undersigned counsel, who respectfully requests permission to travel to the University of Cincinnati to drop off and move in her son, a college sophomore, on August 14, 2025, returning August 17, 2025. Counsel for the government and Pretrial Services have both advised that they have no objection to this motion.

Respectfully submitted,

/s/ *Marisa T. Darden*
Marisa T. Darden (0098583)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4440
Fax: (216) 363-4588
mdarden@beneschlaw.com

*Attorney for Defendant Lisa Ogletree*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Marisa T. Darden*

Marisa T. Darden

*Attorney for Defendant Lisa Ogletree*